

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00448-CV

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON**,
Appellant

v.

**IMPLICITY MANAGEMENT COMPANY**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI16323
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

There have been multiple reporter's records filed in this appeal by multiple court reporters. Court reporter Maria Gallegos has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request in writing that she prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1) (explaining that the request to the court reporter must designate the exhibits and the portions of the proceedings to be included in the reporter's record). We ORDER appellant to file written proof to this court on or before **February 7, 2022** that it has requested Gallegos to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and has filed a copy of the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2). If appellant fails to respond within the time provided, appellant's brief will be due within twenty days from the date of this order. *See* TEX. R. APP. P. 37.3(c).

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.

MICHAEL A. CRUZ, Clerk of Court